AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   5:24-CV-00073-JKP-RBF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Giovanni Escobar**
was recieved by me on  **4/16/2024:**

[X]   I personally served the summons on the individual at **14415 Spanish River Ln, Cypress, TX 77429** on **04/20/2024 at 5:04 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]    I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   04/20/2024

*Server's signature*

**Marielle Zick**
*Printed name and title*

**14718 Cypress Ridge Drive**
**Cypress, TX 77429**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Giovanni Escobar with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic male contact 35-45 years of age, 6'0"-6'2" tall and weighing 180-200 lbs.**



Tracking #: **0130465582**

